# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ZEE MARIE GILBERT | ) | Case No.:  21-15956 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO AVOID JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

COMES NOW the Debtor, Zee Marie Gilbert, by and through counsel Stephen E. Berken, Esq., and hereby submits this Motion to Avoid Judicial Liens, and as grounds thereof, state as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on December 6, 2021.

2. Pursuant to 28 U.S.C. §1334, this Court has jurisdiction over this motion which is filed pursuant to 11 U.S.C. §522(f) to avoid and cancel judicial liens held by the creditor State of Colorado on real property of Debtor located at 5893 Saddle Creek Trail, Parker, Colorado, 80134, within Douglas County ("Property").

3. The liens recorded against the Property are summarized below:

| Creditor | Amount of Claim | Date Recorded | Reception Number |
|---|---|---|---|
| Greenpoint Mort./MERS/US Bank/Select Portfolio Services [1] | $761,517.47 | 7/11/2006 | 20060509014 |
| Greenpoint/MERS/US Bank/PHH Mortgage/Nationwide Credit | $145,398 | 7/11/2006 | 2006059015 |
| State of Colorado/Southwind Eastpointe[2] | $77,729.00 | 12/11/2015 | 2015088535 |
| State of Colorado/Topaz Condo. Association [3] | $7456.60 | 12/11/2015 | 2015088536 |
| State of Colorado/Bodie Enger[4] | $55,706.08 | 12/11/2015 | 2015088537 |
| State of Colorado/Country Homes [5] | $218,613.00 | 12/11/2015 | 2015088538 |
| State of Colorado[6] | Duplicate of lien, reception number 2015088537 | 5/31/2016 | 2016033898 |
| High Prairie Farms HOA[7] | $8100 | 8/10/2021 | 2021094382 |
| Pinery/Denver Southeast Sub. Water[8] | $3400 | 8/17/2021 | 2021096962 |
| High Prairie Farms HOA[9] | Duplicate lien of 2021094382 | 9/21/2021 | 2021108235 |

4. Pursuant to 11 U.S.C. § 522(d)(1), and C.R.S. § 13-54-107, C.R.S. § 38-41-201 and C.R.S. 38-41-202, Debtor has claimed such residential property as exempt, and has equity in excess of the consensual liens, non-avoidable liens and her homestead exemption.

5. Said claims held by State of Colorado are judicial liens within the purview of 11 U.S.C. § 522(f)(1) and impair Debtor's aforesaid exemptions within the meaning of 11 U.S.C. § 522(f). As listed in the Chapter 13 Schedules, the value

---

[1] Consensual mortgage
[2] Judicial lien
[3] Judicial lien
[4] Judicial lien
[5] Judicial lien
[6] Judicial lien
[7] Assessment lien
[8] Assessment lien
[9] Lis Pendens

of Debtor's interest in her primary residence at the time of the filing is approximately $1,176,000.00 based upon comparable values in the neighborhood.  Non-avoidable encumbrances (i.e., consensual lien, assessment lien and HOA lien), total of $918,415.47 owed to Select Portfolio (as the servicer), PHH/Nationwide Credit, High Prairie Farms HOA and Pinery/Denver Southeast Suburban Water.  After payment of consensual and non-avoidable liens, cost of sale, commissions and cost for closing, the surplus shall be paid to the Chapter 13 Trustee at closing.

6. That, accordingly, said judicial liens impair the Debtor's exemption inasmuch as the sum of the consensual and judicial liens, as well as the exemption amount allowed per the relevant Colorado statutes set forth above, exceed the value that the Debtor's interest would have been but for the existence of the liens.

7. Debtor was convicted of theft related to embezzlement of funds from several homeowner's associations.  She served a jail sentence and was ordered to pay restitution.  The liens identified in paragraph three, *supra*, owed to the State of Colorado, are related to criminal restitution.  Debtor does not propose to discharge obligations related to criminal restitution (Debtor is not eligible for discharge, anyway, given her prior Chapter 7 in 2019).

8. Since the orders of restitution were entered, Debtor has regularly paid funds to the State of Colorado to reduce the balances.

9. Debtor is 68 years old and suffers from congestive heart failure, specifically, arrhythmic cardiomyopathy.  Debtor is in need of a heart transplant, although it is unlikely that will occur given her age and health.

10. The payments to U.S. Bank, serviced by Select Portfolio Servicing and PHH Mortgage are in substantial default.  High Prairie HOA has commenced a foreclosure sale, and that matter is presently being litigated in Douglas County District Court, case number 2021 CV 30654.

11. Debtor relies on 11 U.S.C. § 522(c) which provides, with a few exceptions, no creditor holding a prebankruptcy claim may execute against the property that has been claimed as exempt. *In re Cunningham*, 513 F.3d 318, 323 (1st Cir. 2008). The principal significance of this subsection that even creditors holding claims that were not discharged may not reach exempt property to execute on still valid claims. *Id.* 513 F.3d at 323-24.

As the *Cunningham* court held:

[p]roperty that is properly exempted under § 522 is immunized against liability for prebankruptcy debts, subject only to a few exceptions. Those exceptions include: (1) debt from certain taxes and customs duties, (2) debt related to domestic support obligations, (3) liens that cannot be avoided or voided, including tax liens, and (4) debts for a breach of fiduciary duty to a federal depository institution. *See* 11 U.S.C. § 522(c)(1)-(3); [citation omitted].

*Id.*, at 323.

Debtors may use § 522(f) to set aside liens on certain nondischargeable judgment. *In re Vaughan*, 311 B.R. 573, 579 (BAP 10th Cir. 2004).

12. As set forth in Debtor's plan of December 6, 2021, the home will be sold as soon as possible, post-petition.  After a qualified buyer is located, Debtor will file a motion to approve the sale under § 363, et. seq.  Proceeds in excess of retiring the consensual and non-avoidable liens, and the claim of homestead and administrative claims, will be paid at closing to the Chapter 13 Trustee.  Debtor maintains that the sale is in the best interest of the estate, consensual lien holders and non-avoidable lien holders, and will possibly net a surplus that will benefit the avoided lien holders and priority creditors, if allowed claim holders.

WHEREFORE, Debtor respectfully requests this Court issue an order against the aforementioned State of Colorado, avoiding and canceling the judicial lien recorded against the above-mentioned property on 5893 Saddle Creek Trail, Parker, Colorado, 80134, within Douglas County and for other and further relief as this Court may deem to be just and proper.

Dated:  December 6, 2021,              By: */s/ Stephen E. Berken*
                                       Stephen E. Berken, 14926
                                       Berken Cloyes
                                       1159 Delaware Street
                                       Denver, Colorado 80204
                                       (303) 623-4357
                                       Fax No: (720) 554-7853
                                       email:stephenberkenlaw@gmail.com

## 9013-1 Certificate of Service of Motion, Notice and Proposed Order

The undersigned certifies that on December 6, 2021, I served by prepaid first-class mail or via the court's electronic filing system/ecf, a copy of the Motion to Avoid Judicial Lien, 9013-1 Notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Alcock Law Group
19751 E Mainstreet, Suite 225
Parker, CO 80138

Bodie Enger Law, LLC
1763 N. Franklin St
Denver, CO 80218

Colorado Department of Labor & Employment
633 17th Street, Suite 201
Denver, CO 80202-3660

Colorado Department of Revenue
Denver, CO 80261-0005

Country Homes Land Company
C/O Moeller Graf, P.C.
385 Inverness Parkway, Suite 200
Englewood, CO 80112

Denver Southeast Suburban Water and Sanitation
5219 North State Hwy 83
Parker, CO 80134

Folkestad Fazekas
18 S Wilcox St Ste 200
Castle Rock, CO 80104

PHH Mortgage
PO Box 5452
Mount Laurel, NJ 08054-5452

Pinery Water
5242 Old Schoolhouse Road
Parker, CO 80134

Select Portfolio Services
P.O. Box 65250
Salt Lake City, UT 84165-0250

Southwind East Pointe Townhome Assoc.
care of: Cherry Creek HOA Prof. LLC
14901 E. Hampden Ave. #320
Aurora, CO 80014

Southwind Eastpointe Assoc
C/O Moeller Graf, P.C.
385 Inverness Parkway, Suite 200
Englewood, CO 80112

State of Colorado
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

State of Colorado--Collection Investigator--Denver
303 West Colfax Ave 5th Floor
Denver, CO 80204

Topaz I Association
C/O Western States Property Services
9145 E. Kenyon Ave, Ste 100
Denver, CO 80237

U.S. Bank
PO Box 1950
Saint Paul, MN 55101

Greenpoint Mortgage Funding
981 Airway Court, Suite E
Santa Rosa, CA 95403

High Prairie Farms
care of: Colorado Dream Properties
12900 Stroh ranch Place
Parker, CO 80134

High Prairie Farms HOA
19751 E Mainstreet Ste 275
Parker, CO 80138

Internal Revenue Service
Department of the Treasury
Ogden, UT 84201-7704

Kutak Rock
1801 California St Unit 3000
Denver, CO 80202

Mortgage Electronic Registration System
P.O. Box 2026
Flint, MI 48501

Nationwide Credit Inc.
PO Box 26314
Lehigh Valley, PA 18002

Alcock Law Group
19751 E Mainstreet, Suite 225
Parker, CO 80138

Attorney General--State of Colorado
1300 Broadway, 10th Floor
Denver, CO 80203


/s/   Sean Cloyes